# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin


CLERK'S OFFICE
A TRUE COPY
Apr 29, 2022
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Tracking of  )
*(Identify the person, property, or object to be tracked)*  )
)
a silver or light blue 2013 Mercedes Benz C Coupe  )   Case No.
bearing vehicle identification number  )        **22-M-447 (SCD)**
WDDGJ4HB0DF962431 and Wisconsin license plate  )
AKC-7311  )

## TRACKING WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ✓ is located in this district;  is not now located in this district, but will be at execution;  the activity in this district relates to domestic or international terrorism;  other: _____.

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that *(check the appropriate box)*  using the object  ✓ installing and using a tracking device to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device: into a silver or light blue 2013 Mercedes Benz C Coupe bearing vehicle identification number WDDGJ4HB0DF962431 and Wisconsin license plate AKC-7311

**YOU ARE COMMANDED** to execute this warrant and begin using the object or installing the tracking device within ten days from the date of this order and may continue use for 45 days. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*

✓ into the vehicle described above     onto the private property described above

 in the daytime only *(i.e., 6:00 a.m. to 10:00 p.m.)*.    at any time of day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to United States Magistrate Judge *(name)* ____Stephen C. Dries____ and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*    ✓ for  30  days *(not to exceed 30)*

 until, the facts justifying, the later specific date of _____.

Date and time issued:  4-29-22 9:50 am                    _Stephen C. Dries_ (signature)
                                                          *Judge's signature*

City and state:       Milwaukee, Wisconsin                Stephen C. Dries, U.S. Magistrate Judge
                                                          *Printed name and title*

Case No.

**Return of Tracking Warrant With Installation**

1. Date and time tracking device installed: _____

2. Dates and times tracking device maintained: _____

3. Date and time tracking device removed: _____

4. The tracking device was used from *(date and time)*: _____

    to *(date and time)*: _____.

**Return of Tracking Warrant Without Installation**

1. Date warrant executed: _____

2. The tracking information was obtained from *(date and time)*: _____

    to *(date and time)*: _____.

**Certification**

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: \_\_\_\_04/29/2022\_\_\_\_  _____
                                                            *Executing officer's signature*

_____
*Printed name and title*

*Subscribed, sworn to, and returned before me this date:*

_____  Date:_____

AO 102 (01/09) Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Apr 29, 2022
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Tracking of )
*(Identify the person to be tracked or describe* )
*the object or property to be used for tracking)* )
a silver or light blue 2013 Mercedes Benz Coupe )  Case No. **22-M-447 (SCD)**
bearing vehicle identification number )
WDDGJ4HB0DF962431 and Wisconsin license plate )
AKC-7311 )

**APPLICATION FOR A TRACKING WARRANT**

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __21__ U.S.C. § __841(a)(1), 846__. Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☑ The person, property, or object is located in this district.
☐ The activity in this district relates to domestic or international terrorism.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.
☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
into a silver or light blue 2013 Mercedes Benz C Coupe bearing vehicle identification number WDDGJ4HB0DF962431 and Wisconsin license plate AKC-7311

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

**PATRICK COE**
Digitally signed by PATRICK COE
Date: 2022.04.29 09:07:09 -05'00'

*Applicant's signature*

Patrick Coe, Task Force Officer (DEA)
*Applicant's printed name and title*

Sworn to before me a Telephonically.

Date: 04/29/2022

*Stephen C. Dries*
*Judge's signature*

City and state: Milwaukee, Wisconsin

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# APPLICATIONS FOR SEARCH WARRANTS

I, Patrick Coe, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of applications for search warrants under Federal Rule of Criminal Procedure 41 to authorize law enforcement to install and monitor electronic tracking devices to determine the location of vehicles more particularly described as follows (collectively, "subject vehicles"):

   a. A maroon 2011 Kia Sportage Sport utility truck bearing vehicle identification number KNDPB7023991 and Wisconsin license plate AAW-4059, listed to Solymar Puigdollers-Gonzalez at 3633 West National Avenue, Milwaukee, Wisconsin 53215.

   b. A silver or light blue 2013 Mercedes Benz C Coupe bearing vehicle identification number WDDGJ4HB0DF962431 and Wisconsin license plate AKC-7311, listed to Jonathan RENTAS-ESPADA at the address 2456 South 75th Street, West Allis, Wisconsin 53219.

   c. A black 2004 Honda Pilot sport utility truck bearing Wisconsin license plate ANG-9255, listed to Wilfredo Maldonado-Nieves at the address 3224 West National Avenue, Unit #4, Milwaukee, Wisconsin 53215.

2. I am a Task Force Officer with the Drug Enforcement Administration and have been since November 2020. I have been an officer with the Milwaukee Police Department for approximately 12 years. I am involved primarily in the investigation of large-scale drug traffickers operating not only in the City of Milwaukee and the State of Wisconsin, but also throughout the United States.

3. I have participated in the investigation of narcotics-related offenses, resulting in the prosecution and conviction of numerous individuals and the seizure of illegal drugs, weapons, stolen property, United States currency, and other evidence of criminal activity. As a narcotics investigator, I have interviewed many individuals involved in drug trafficking and have obtained information from them regarding the acquisition, sale, importation, manufacture, and distribution of controlled substances. Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology used by the traffickers and abusers of controlled substances. I have participated in all aspects of drug investigations, including physical surveillance, execution of search warrants, undercover transactions, analysis of phone and financial records, and arrests of numerous drug traffickers. I have been the affiant on many search warrants. I have also spoken on numerous occasions with other experienced narcotics investigators, both foreign and domestic, concerning the methods and practices of drug traffickers and money launderers. Furthermore, I have attended training courses, which specialized in the investigation of drug trafficking and money laundering. Through these investigations, my training and experience, and conversations with other law enforcement personnel, I have become familiar with the methods used by drug traffickers to manufacture, smuggle, safeguard, and distribute narcotics, and to collect and launder trafficking-derived proceeds. I am further aware of the methods employed by major narcotics organizations to thwart any investigation of their illegal activities.

4. Based on my training, experience, and conversations with other law enforcement officers, I know that distributors of marijuana, methamphetamine, cocaine, heroin, as well as other controlled substances, often use cellular and landline telephones. Additionally, I know that drug traffickers often change their phone numbers and cellular devices on a frequent basis in an attempt

to thwart law enforcement from tracking their phones and to conceal their identities. I know that these individuals often use code words to discuss controlled substances and methods of concealing controlled substances while talking on the telephone.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Throughout this affidavit, reference will be made to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom I have had regular contact regarding this investigation. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, have been committed, are being committed, and will be committed by Jonathan RENTAS-ESPADA. There is also probable cause to believe that the location of the subject vehicles will constitute evidence of those criminal violations, and will lead to the identification of individuals who are engaged in the commission of these offenses.

**PROBABLE CAUSE**

7. The United States, including the Drug Enforcement Administration is conducting a criminal investigation of Jonathan RENTAS-ESPADA and others regarding possible violations of 21 U.S.C. §§ 846, 841(a)(1), and 843(b).

8. In November 2021, case agents conducted a debrief of a confidential source (CS-1)[1], who stated that he/she knows a subject as "Forty" or "40" who sells large quantities of cocaine and heroin in the Milwaukee Area. CS-1 provided the "Facebook" profile name of "Nahtanoj Satner," showing case agents photographs of the subject they know as "Forty."

9. Case agents conducted a search of multiple law enforcement databases and social media profiles and discovered that the name "Nahtanoj Satner" is Jonathan Rentas spelled backwards. Case agents conducted a search of the Milwaukee Police Department's booking database and located a subject by the name of Jonathan RENTAS-ESPADA (DOB: 03/02/1992). Case agents compared a booking photograph of RENTAS-ESPADA to the Facebook profile "Nahtanoj Satner" and positively identified RENTAS-ESPADA as the subject that CS-1 described. Case agents showed CS-1 a series of photographs including RENTAS-ESPADA's booking photograph, and CS-1 positively identified RENTAS-ESPADA as "Forty."

10. CS-1 stated that he/she knows that RENTAS-ESPADA frequently travels to Puerto Rico with large sums of United States currency. CS-1 believes that RENTAS-ESPADA exchanges the money for kilograms of cocaine that are later shipped via the United States Postal Service (USPS) to Milwaukee. CS-1 stated that RENTAS-ESPADA asked him/her to travel with

---

[1] For several reasons, case agents believe CS-1 is reliable and credible. Substantial parts of CS-1's information have been independently corroborated and verified by law enforcement, and the information provided by CS-1 is consistent with evidence obtained elsewhere in this investigation. Additionally, CS-1 has made statements against his/her penal interest related to his/her direct involvement in illegal activity, including drug trafficking in the Milwaukee area. CS-1 has also provided information about wanted subjects in the Milwaukee area. Case agents confirmed that those subjects were, in fact, wanted through law enforcement databases and information from other law enforcement officers. CS-1 has provided information about several subjects in the Milwaukee area who are involved in narcotics trafficking. I have investigated those leads and confirmed that these subjects are involved in narcotics trafficking through undercover surveillance, such as observing hand-to-hand transactions. CS-1 has conducted multiple controlled buys of controlled substances which has led to the collection of valuable intelligence and seizure of controlled substances in the Milwaukee area. CS-1 has a criminal history that includes arrests and/or convictions for burglary, robbery, armed robbery, receiving stolen property, bail jumping, disorderly conduct, obstructing an officer, possession of controlled substances, traffic violations, trespass, retail theft, theft, weapons offenses, and firearms offenses. CS-1 is cooperating for prosecutorial and judicial consideration in connection with a pending case.

RENTAS-ESPADA for that purpose on more than one occasion. CS-1 suspects that after RENTAS-ESPADA receives the parcel with the kilogram of cocaine in the mail, RENTAS-ESPADA then breaks the pressed kilogram down to smaller amounts and distributes those drugs throughout the Milwaukee area.

11. CS-1 stated that RENTAS-ESPADA has others that will assist him with street-level drug transactions, but will also frequently engage in them as well. CS-1 stated that RENTAS-ESPADA will use several vehicles at his disposal throughout a day to conduct mobile drug transactions. CS-1 stated that RENTAS-ESPADA will use one vehicle for a period of time and periodically change the vehicles throughout the day in an attempt to evade law enforcement and any noticeable patterns. CS-1 has observed RENTAS-ESPADA operate a silver/blue Mercedes Benz coupe and a maroon Kia Sportage.

12. After receiving this information, I solicited assistance from Special Agent Tyler Fink of the United States Postal Service's Office of Inspector General. Case agents conducted surveillance and phone analysis to identify suspects involved with RENTAS-ESPADA. Case agents provided Special Agent Fink with a list of addresses and subjects suspected to be involved in the ESPADA Drug Trafficking Organization (ESPADA DTO). Special Agent Fink used this information along with information gathered from his databases to discover that several suspicious parcels were being delivered to several addresses. Special Agent Fink's training and experience led him to believe that several parcels were suspicious based on knowledge of this case, the size of the parcels, the origin of the parcels and the type of mail service.

13. Based on the characteristics described above, Special Agent Fink located several suspicious parcels delivered or intended to be delivered to addresses associated with the ESPADA DTO on the following dates. (Some of those parcels are described in more detail below.)

Suspicious parcels were delivered to 1418 West Hayes Avenue, Milwaukee, Wisconsin on August 23, 2021, November 3, 2021, and December 27, 2021. Suspicious parcels were delivered to 2930 North 1st Street, Milwaukee, Wisconsin on July 14, 2021, November 18, 2021, and December 9, 2021. A suspicious parcel was delivered to 2456 South 75th Street, West Allis, Wisconsin on December 23, 2021. Suspicious parcels were delivered to 2443 South 7th Street, Upper, Milwaukee, Wisconsin on January 18, 2022, February 9, 2022, and March 15, 2022. Suspicious parcels were delivered to 7020 West Grantosa Drive, Milwaukee, Wisconsin on January 21, 2022 and February 12, 2022. A suspicious parcel was intended to be delivered to 3633 West National Avenue, Milwaukee, Wisconsin, but was seized on March 2, 2022

14. A check with the Wisconsin Department of Transportation revealed that RENTAS-ESPADA lists the address 2456 South 75th Street, West Allis, Wisconsin as his registered address. Case agents have conducted surveillance several times at that address and observed that RENTAS-ESPADA parks several of his vehicles behind the address. During surveillance, case agents have observed RENTAS-ESPADA enter and exit this residence on several occasions.

15. On Wednesday, February 9, 2022, Special Agent Fink notified case agents that a suspicious parcel was being delivered to the upper unit of 2443 South 7th Street, Milwaukee, Wisconsin. Case agents conducted surveillance at the address. At approximately 11:10 a.m., case agents observed the United States Postal Service deliver the parcel to the address 2443 South 7th Street, Milwaukee, Wisconsin. The USPS letter carrier placed the white cardboard box at the front door to the address between the screen door and main door and left. At 11:45 a.m.., case agents observed a subject tentatively identified as Cesar Omar DELGADO-POMALES (DOB: 06/02/1992), emerge from the gangway on the south side of the residence 2443 South 7th Street, Milwaukee, Wisconsin. DELGADO-POMALES checked the mailbox labeled "2443 UPPER"

then proceeded to open the screen door and take the parcel. Case agents photographed DELGADO-POMALES as he took the parcel in his hands. DELGADO-POMALES then proceeded back into the gangway. DELGADO-POMALES was identified by the distinct flower tattoo on his left hand. This tattoo was captured through the photographs taken by case agents as DELGADO-POMALES handled the parcel. The same tattoo was observed in a photograph of DELGADO-POMALES on Facebook. internet open source. Case agents also observed RENTAS-ESPADA's 2013 Mercedes Benz (WI: AKC-7311) (VIN: WDDGJ4HB0DF962431), listing to a Jonathan RENTAS ESPADA (DOB: 03/02/1992) (WI-DL: R5324209208206) at the address 2456 South 75th Street, West Allis, Wisconsin, driving in the area and later parking being the address 2443 South 7th Street, Milwaukee, Wisconsin.

16. On Saturday, February 12, 2022, Special Agent Fink notified case agents of a suspicious parcel being delivered to the address 7020 West Grantosa Drive, Milwaukee, Wisconsin. Case agents established surveillance at the residence. At approximately 1:10 p.m., case agents observed a United State Postal Service letter carrier drive to the address 7020 West Grantosa Drive and knock on the front door with no answer. At approximately 1:20 p.m., case agents observed a maroon Kia Sportage (WI: AAW-4059) driving around the block in the area. Case agents observed the maroon Kia stop in front of the residence at 7020 West Grantosa Drive with a male driver, which case agents suspected to be RENTAS-ESPADA, but were unable to positively identify due to darkly-tinted windows, along with a passenger. Case agents observed a subject, later identified as Solymar PUIGDOLLER-GONZALEZ, exit the passenger door of the vehicle leaving the door open, walk to the address 7020 West Grantosa Drive, walk back to the vehicle, and sit down before the vehicle drove away from the location. A check with the Wisconsin Department of Transportation revealed that the maroon Kia Sportage (WI: AAW-4059) lists to a

7

Solymar PUIGDOLLERS-GONZALEZ with a date of birth of November 25, 1999 at the address 3633 West National Avenue, Milwaukee, Wisconsin, along with Teresa GONZALEZ-RIVERA with a date of birth of April 27, 1977 at the address 3633 West National Avenue, Apartment 1, Milwaukee, Wisconsin. The maroon Kia has been observed during surveillance on several occasions behind the address 2456 South 75th Street, West Allis, Wisconsin—RENTAS-ESPADA's address.

17. On Wednesday, March 2, 2022, Special Agent Fink notified case agents of a suspicious parcel being delivered to the address 3633 West National Avenue, Milwaukee, Wisconsin—PUIGDOLLER-GONZALEZ's address. Special Agent Fink intercepted this parcel before delivery. The Honorable William E. Duffin, United States Magistrate Judge of the Eastern District of Wisconsin, issued a warrant authorizing a search and seizure of the contents of that parcel in Case No. 22-MJ-003. Case agents searched the parcel and found a white brick-like substance pressed in a vacuum-sealed bag with a "LV" stamp on the brick, similar to the font used by the "Louis Vuitton" logo. The white brick was wrapped in several other materials to attempt to disguise the parcel. The substance field tested positive for cocaine with an approximate weight of 1015.9 grams.

18. CS-1 stated that he/she observed RENTAS-ESPADA selling cocaine and heroin at a retail-level repeatedly during more than four hours in or about February 2022. CS-1 stated that he/she observed RENTAS-ESPADA operating four cellular phones, suggesting that RENTAS-ESPADA was using certain phones to stay in contact with certain customers. CS-1 suspects that RENTAS-ESPADA has a phone for his cocaine customers that is different from the phone for his heroin customers. Those numbers are also different than the phone RENTAS-ESPADA's family and friends would use. CS-1 also suspects that the last phone is for larger-level drug transactions.

8

CS-1 stated that RENTAS-ESPADA provided him/her with the call number (414) 915-1579 and told him/her to contact him at that number if CS-1 needs anything.

19. On March 24, 2022, the Honorable William E. Duffin, United States Magistrate Judge of the Eastern District of Wisconsin, issued a warrant for information about the location of the cellular telephone assigned call number (414) 915-1579 related to an investigation of Jonathan Rentas-Espada in Case No. 22-MJ-62. On March 25, 2022, case agents began receiving information about the location of the cellular telephone assigned call number (414) 915-1579 from Sprint/T-Mobile. On March 28, 2022, however, Sprint/T-Mobile indicated that Rentas-Espada dropped that call number, in that he stopped using that call number and Sprint/T-Mobile reported an "absent subscriber."

20. On or about April 1, 2022, the Honorable Stephen C. Dries, United States Magistrate Judge of the Eastern District of Wisconsin, issued a warrant for information about the location of the cellular telephone assigned call number (414) 269-7874 in relation to an investigation of Jonathan Rentas-Espada.

21. On Thursday, April 21, 2022, case agents observed that the location of the cellular telephone assigned call number (414) 269-7874 was near RENTAS-ESPADA's home address located at 2456 South 75th Street, West Allis, Wisconsin. Case agents established surveillance of the residence. Case agents observed three vehicles parked in the back slab at the rear of the residence, a light blue Mercedes Benz (WI: AKC-7311), a maroon Kia SUV (WI: AAW-4059), and a black Honda Pilot (WI: ANG-9255). Based on a check of the Wisconsin Department of Transportation's records, the information for the subject vehicles is as follows:

    a. A maroon 2011 Kia Sportage Sport utility truck bearing vehicle identification number KNDPB7023991 and Wisconsin license plate AAW-

9

4059, listed to Solymar Puigdollers-Gonzalez at 3633 West National Avenue, Milwaukee, Wisconsin 53215.

b.  A silver or light blue 2013 Mercedes Benz C Coupe bearing vehicle identification number WDDGJ4HB0DF962431 and Wisconsin license plate AKC-7311, listed to Jonathan RENTAS-ESPADA at the address 2456 South 75th Street, West Allis, Wisconsin 53219.

c.  A black 2004 Honda Pilot sport utility truck bearing Wisconsin license plate ANG-9255, listed to Wilfredo Maldonado-Nieves at the address 3224 West National Avenue, Unit #4, Milwaukee, Wisconsin 53215.

22.  During the surveillance, case agents observed RENTAS-ESPADA exit the rear of the residence located at 2456 South 75th Street, West Allis, Wisconsin, and get into the blue Mercedes. Investigators used the location information for the cellular telephone assigned call number (414) 269-7874 to follow RENTAS-ESPADA from approximately 7:27 a.m. until approximately 8:37 a.m.. During that time period, case agents observed RENTAS-ESPADA drive to several public locations and stop in a public area where investigators were able to surveil him. On seven occasions, case agents observed RENTAS-ESPADA park his vehicle and meet with another subject who sat in the passenger seat of RENTAS-ESPADA's vehicle for less than one minute then exited RENTAS-ESPADA's vehicle and left in a vehicle or on foot. RENTAS-ESPADA then drove back to his residence where he was observed exiting the blue Mercedes Benz and entering the black Honda Pilot. RENTAS-ESPADA drove away from the residence at approximately 8:45 a.m., and case agents continued to follow the Honda Pilot until approximately 9:14 a.m. Case agents observed RENTAS-ESPADA interact with five more unidentified people in the same short-term contact manner. Case agents discontinued following RENTAS-ESPADA

and conducted surveillance at the address 2443 South 7th Street, Milwaukee, Wisconsin. Investigators received information from CS-1 that RENTAS-ESPADA will often make street-level drug transactions throughout the day and replenish the diminishing supply of narcotics in his vehicle with a stash of cocaine stored at 2443 South 7th Street, Milwaukee, Wisconsin. At approximately 9:51 a.m., case agents observed the black Honda Pilot drive to the address 2443 South 7th Street, Milwaukee, Wisconsin, park in the rear of the residence for approximately four minutes and drive away. Surveillance was then terminated.

23. On Thursday, April 21, 2022, case agents received information that a suspicious parcel would be delivered on Saturday, April 23, 2022 to the address 2443 South 7th Street, Milwaukee, Wisconsin. On April 23, 2022, investigators established undercover surveillance at the address 2443 South 7th Street, Milwaukee, Wisconsin. At approximately 11:34 a.m., case agents observed the maroon Kia Sportage (WI: AAW-4059) park at the rear of 2443 South 7th Street, Milwaukee, Wisconsin. At approximately 11:36 a.m., case agents observed the suspicious parcel delivered to the address by a USPS mail carrier. That suspicious parcel was placed at the front door of the residence. At approximately 11:40 a.m., case agents observed the maroon Kia exit the alley and drive north bound in the 2400 block of South 7th Street at a normal speed. As the vehicle approached 2443 South 7th Street, the vehicle slowed down until it passed the location. As the maroon Kia passed the location, the vehicle sped back up and conducted a series of turns before parking behind 2443 South 7th Street. Case agents observed a person who they believed to be RENTAS-ESPADA exit the driver's door of the Kia SUV and walk toward the residence. Case agents then observed RENTAS-ESPADA emerge from the rear to the front of the residence. Case agents observed RENTAS-ESPADA pick up the package at the front of the house. Case agents observed RENTAS-ESAPDA then get back into his vehicle and drive away southbound in the

11

alley. At 11:46 a.m., case agents checked the location information for RENTAS-ESPADA's call number 414-269-7874 which showed that the RENTAS-ESPADA's phone was located in the 2400 block of South 7th Street at the time.

24. Case agents have been able to conduct undercover surveillance, and independently verify information provided by CS-1. Case agents believes that RENTAS-ESPADA is now using the subject vehicles to facilitate cocaine and heroin deals from Puerto Rico to Milwaukee and to conduct drug transactions in the Milwaukee area. Information about the location of the subject vehicles will also assist case agents in conducting physical surveillance of RENTAS-ESPADA's activities and identify the existence, scope, and acts in furtherance of the drug conspiracy, along with other co-conspirators.

## AUTHORIZATION REQUEST

25. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 authorizing periodic monitoring of the tracking device during both daytime and nighttime hours for a period of 45 days following installation of the device. The tracking device may produce signals from inside private garages or other such locations not open to the public or visual surveillance.

26. It is further requested that in the event that the subject vehicle travels outside the territorial jurisdiction of the court, the order authorize the continued monitoring of the electronic tracking device in any jurisdiction within the United States, pursuant to 18 U.S.C. § 3117.

27. I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice for 30 days. This investigation is in its inception and is expected to remain covert at least until then, especially in light of RENTAS-ESPADA's efforts to avoid law enforcement detection. This delay

12

Case 2:22-mj-00447-SCD     Filed 04/29/22     Page 15 of 16     Document 1

is justified because there is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the owner or user of the subject vehicle would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 3103a(b)(1). There is reasonable necessity for the use of the technique described above, for the reasons set forth above. *See* 18 U.S.C. § 3103a(b)(2).